# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mike Laffen,

Plaintiff(s),

v.

Hewlett-Packard Company, et. al.,

Defendant(s).

Case No: C12-06199 (HRI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jacob H. Zamansky, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mike Laffen in the above-entitled action. My local co-counsel in this case is Francis M. Gregorek, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Zamansky & Associates LLC<br>50 Broadway, 32nd Fl., NY, NY 10004 | Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B St., Suite 2770, San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(212) 742-1414 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 239-4599 |
| MY EMAIL ADDRESS OF RECORD:<br>jake@zamansky.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gregorek@whafh.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JZ1999.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/10/12

Jacob H. Zamansky
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob H. Zamansky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 8, 2013

UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
October 2012

PRO HAC VICE APPLICATION & ORDER