BETSY C. MANIFOLD (182450)
manifold@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

JACOB H. ZAMANSKY (*pro hac vice*)
jake@zamansky.com
EDWARD H. GLENN JR. (*pro hac vice*)
eglenn@zamansky.com
KEVIN D. GALBRAITH (*pro hac vice*)
kevin@zamansky.com
ZAMANSKY & ASSOCIATES LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile: 212/545-1177

Attorneys for Plaintiff Mike Laffen
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIKE LAFFEN, an Individual, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, PLAN COMMITTEE, INVESTMENT REVIEW COMMITTEE and JOHN DOE "FIDUCIARIES" 1-50,<br><br>Defendants,<br>and<br>HEWLETT-PACKARD COMPANY 401(K) PLAN,<br><br>Nominal Defendant. | Case No. C-12-06199 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND FOR HEARING ON UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM EXECUTIVE COMMITTEE AND CO-LEAD AND INTERIM  CLASS COUNSEL**<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| KARYN LUSTIG, Derivatively On Behalf Of The Hewlett-Packard Company 401(k) Plan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARGARET C. WHITMAN, MARC L. ANDREESSEN, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, G. KENNEDIY THOMPSON, RALPH V. WHITWORTH, HEWLETT-PACKARD COMPANY, THE PLAN COMMITTEE, and THE INVESTMENT REVIEW COMMITTEE,<br><br>　　　　　Defendants. | Case No: C-12-06410 CRB<br><br>CLASS ACTION |
| KENNETH A. KOTYUK, Derivatively On Behalf Of The Hewlett-Packard Company 401(k) Plan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, THE PLAN COMMITTEE, and "JOHN DOE" FIDUCIARIES 1-50,<br><br>　　　　　Defendants. | Case No: C-13-00301 CRB<br><br>CLASS ACTION |

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

1  WHEREAS, the following three actions are now pending in the Northern District of
2  California (collectively the "HP ERISA Actions"):

*Mike Laffen v. Hewlett-Packard Company* (*"Laffen"*), Case No. C-12-06199 CRB

*Karyn Lustig v. Whitman* (*"Lustig"*), Case No. C-12-06410-CRB

*Kenneth A. Kotyuk v. Hewlett-Packard Company* (*"Kotyuk"*), Case No. C-13-00301 CRB

WHEREAS, two of the three HP ERISA Actions assert ERISA claims ostensibly on behalf of similarly situated participants in and beneficiaries of Hewlett-Packard Company's ("HP" or the "Company") 401(k) Plan (the "HP Plan"), against the Company, the Plan Committee, the Investment Review Committee, and Doe Fiduciaries under the HP Plan whose identities are not known, for their alleged breaches of fiduciary duties under ERISA § 404(a), 29 U.S.C. § 1104(a) and ERISA § 405(a), 29 U.S.C. § 1105, and one asserts similar claims against those defendants and individual officers and directors of HP;

WHEREAS, the Court determined by order entered January 3, 2013 in the earlier-filed action entitled *Nicolow v. Hewlett-Packard Co.*, Case No. C-12-05980-CRB, that the *Laffen* and *Lustig* ERISA Actions, seven HP Derivative Actions are related pursuant to Local Rule 3-12(a), and all have been assigned to the Honorable Charles R. Breyer;[1]

WHEREAS, the *Kotyuk* ERISA Action was later related and assigned to the Honorable Charles R. Breyer by Order dated February 8, 2013;

WHEREAS, the HP ERISA Actions above all allege the same transactions and occurrences and involve the same or substantially similar issues of law and facts within the meaning of Fed. R. Civ. P. 42(a) for purposes of consolidation;

---

[1] The Court's January 3, 2013 Order determined that ten pending actions are related to the earliest-filed case, which is a putative securities class action captioned *Nicolow v. Hewlett- Packard Co.*, Case No. C-12-05980-CRB ("*Nicolow*"). The pending actions related to *Nicolow* consist of (i) the seven HP Derivative Actions consolidated by Court Order on February 21, 2013 ("*Hewlett-Packard Company Shareholder Derivative Litigation*"); (ii) a putative securities class action captioned *Pokoik v. Hewlett-Packard Co.*, Case No. C-12-06074- CRB ("*Pokoik*"); and (iii) the *Laffen* and *Lustig* ERISA actions. The *Nicolow*, *Pokoik*, and *Hewlett-Packard Company Shareholder Derivative Litigation* cases are not subject to this Stipulation.

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND
HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

- 1-

WHEREAS, counsel for plaintiffs in all of the HP ERISA Actions have conferred as to the appointment of co-lead and interim class counsel and liaison counsel, the plaintiffs hereby consent to the appointment of an interim executive committee consisting of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Zamansky & Associates LLP ("Zamansky"), Gainey McKenna & Egleston and Harwood Feffer LLP (collectively the "Interim Executive Committee"), with Wolf Haldenstein and Zamansky serving as Co-Lead and Interim Class Counsel for plaintiffs and the proposed class and Betsy Manifold of Wolf Haldenstein serving as Liaison Counsel;

WHEREAS, counsel for plaintiffs in HP ERISA Actions have met and conferred and have agreed that the pending unopposed motion for appointment of co-lead and interim class counsel, liaison counsel pursuant to Fed. R. Civ. P. 23(g)(3) in the *Laffen* case should be heard as scheduled on March 1, 2013 and should be for the appointment of co-lead and interim class counsel in all three HP ERISA Actions;

WHEREAS, counsel for plaintiffs, nominal defendant HP Plan and the undersigned defendants have met and conferred and defendants take no position respecting the propriety of plaintiffs' counsel for appointment as co-lead and interim class counsel, liaison counsel and an executive committee, as requested by plaintiffs, but wish the Court to identify which counsel has authority to act on behalf of plaintiffs and the putative class and for that reason do not oppose the motion for appointment of co-lead and interim class counsel on behalf of all three HP ERISA Actions;

WHEREAS, defendants do not waive their right to contest the suitability of HP ERISA Actions to move forward as a class action under Fed. R. Civ. P. 23(a) and (b), whether on an individual or consolidated basis;

WHEREAS, counsel for plaintiffs, nominal Defendant HP Plan and the undersigned defendants agree that the ADR and Rule 26 deadlines set in the respective HP ERISA Actions should be re-noticed and set based on the initial case management date to be set by the Court upon consolidation of the HP ERISA Actions;

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND
HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

- 2 -

WHEREAS, counsel for plaintiffs, nominal defendant HP Plan and the undersigned defendants have reviewed the Stipulation so ordered by the Court on February 4, 2013 in the *Laffen* action ("February 4, 2013 Order") and have agreed that no answers, motions or other responses to the complaints currently on file in any of the HP ERISA Actions need to be filed and have agreed to the same schedule for filing a consolidated complaint as set forth in the February 4, 2013 Order;

WHEREAS, counsel for plaintiffs, nominal defendant HP Plan and the undersigned defendants have met and conferred and have agreed to the schedule in the February 4, 2013 Order for responding to the consolidated complaint unless otherwise ordered by Court on its own initiative or pursuant to motion or stipulation;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes efficient case management, judicial efficiency and will not cause prejudice to any party;

WHEREAS, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel of record, subject to the approval of the Court, as follows:

## I. CONSOLIDATION OF ACTIONS

1. Under Fed. R. Civ. P. 42(a), the following cases are consolidated for all purposes, including discovery, pretrial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Laffen v. HP Co., et al.* | C-12-06199 CRB | December 6, 2012 |
| *Lustig v. Whitman, et al.* | C-12-06410 CRB | December 18, 2012 |
| *Kotyuk v. HP Co., et al.* | C-13-0301 CRB | January 22, 2013 |

2. The caption of these consolidated actions shall be "*In re HP ERISA Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-12-06199-CRB. Any other ERISA actions now pending, later filed in, or transferred to this Court which arise out of questions of law or fact similar to those alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's

attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption ("Consolidated Action"):

| IN RE HP ERISA LITIGATION | Master File No. C 12-06199-CRB |

## II. PENDING, SUBSEQUENTLY FILED, AND TRANSFERRED RELATED ACTIONS

4. Each and every putative action pending, subsequently filed in, transferred to, or removed to this Court that involves questions of law or fact similar to those alleged in the Consolidated Action and is designated a related case under Rule 3-12(a) of this Court's Local Rules of Practice in Civil Proceedings ("Related Action") shall be governed by the terms of this Order and shall be consolidated for all purposes with the Consolidated Action, and the Clerk of the Court shall file a copy of this Order in the docket of the Related Action.

5. In the circumstances referred to above, Liaison Counsel shall promptly mail a copy of this Order to counsel for the plaintiff(s) in each Related Action and for any defendant(s) in the Related Action who are not already parties to the Consolidated Action.

6. This Order shall apply to each related case unless a party objecting to the consolidation files and serves an application for relief from this Order within ten (10) days after the date on which Liaison Counsel, as defined below, mails a copy of this Order to counsel for that party. The provisions of this Order shall apply to the Related Action until the Court's ruling on the application. A party to a Related Action shall be entitled to relief from the terms of this Order only if the party's motion demonstrates that the Related Action does not involve questions of law or fact similar to those contained in the Consolidated Action.

## III. ORGANIZATION OF PLAINTIFFS' COUNSEL

7. Prosecution of the Consolidated Action and each Related Action on behalf of plaintiffs and the proposed class shall be managed and directed by the Co-Lead and Interim Class Counsel. All specific assignments to the Executive Committee shall be performed in such

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

1  a manner as to lead to the orderly and efficient prosecution of the Consolidated Action and each Related Action and to avoid duplicative or unproductive effort and unnecessary burdens on the parties.

8. The Executive Committee shall consist of Wolf Haldenstein, Zamansky, Gainey McKenna & Egleston and Harwood Feffer LLP.

9. Liaison Counsel shall be Betsy C. Manifold of Wolf Haldenstein. She shall be available and responsible on behalf of plaintiffs for communications to and from this Court. Liaison counsel shall be responsible for the creation and maintenance of a master service list of all parties and their counsel.

10. Co-Lead and Interim Class Counsel in consultation with, the other members of the Executive Committee, shall set policy for the prosecution of the litigation and shall be responsible for coordinating the prosecution of the action by plaintiffs' counsel, and shall assign any one or more of the following tasks among the members of the Executive Committee:

    (a) to prepare pleadings, motions, briefs, and other papers to be served upon defendants or filed with the Court;

    (b) to argue issues during hearings and address the Court during conferences;

    (c) to conduct formal and informal discovery, and to retain experts and consultants on behalf of plaintiffs;

    (d) to engage in settlement negotiations with defendants' counsel and enter into settlements.

11. Co-Lead and Interim Class Counsel shall have authority to speak for plaintiffs in matters regarding discovery, pretrial and trial procedure and settlement negotiations, and shall make all work assignments on behalf of plaintiffs and the proposed class in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Co-Lead and Interim Class Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and the proposed class, and for the dissemination of notices and orders of this Court. No motion, request for discovery or other

pretrial or trial proceedings shall be initiated or filed by plaintiffs except through Co-Lead and Interim Class Counsel.

13. Counsel in any related ERISA class action that has been or may be consolidated with the Consolidated Action shall be bound by this organizational structure of plaintiffs' counsel.

## IV. UNOPPOSED MOTION FOR APPOINTMENT OF CO-LEAD AND INTERIM COUNSEL

14. An unopposed motion for appointment of co-lead and interim class counsel pursuant to Fed. R. Civ. P. 23(g)(3) was filed in the *Laffen* case on December 21, 2012 and is scheduled to be heard on March 1, 2013.

15. Plaintiffs in the *Lustig* and *Kotyuk* consent to the appointment of the same co-lead and interim class counsel in their cases and in the *In re HP ERISA Litigation.*

16. Defendant HP Plan and the other defendants take no position on the appointment of the proposed co-lead and interim class counsel and liaison counsel in the *In re HP ERISA Litigation* and do not oppose the motion. Defendants' right to contest the suitability of certification of a class or subclasses in *In re HP ERISA Litigation* shall remain intact and unaffected by this Order.

## V. ADA AND RULE 26 DEADLINES

17. The ADR and Rule 26 deadlines in the in the respective HP ERISA Actions shall be re-noticed based on the initial case management conference to be set by the Court in the Consolidated Action. Nothing in this Order shall preclude the parties from the right to receive relief from these deadlines or discovery by subsequent motion.

## VI. PARTIES ADOPT THE FEBRUARY 4, 2013 ORDER RE:SCHEDULE

18. The parties named as defendants in the pending complaints in the HP ERISA Actions, including HP (collectively, "Defendants"), shall not be required to answer, file motions, or otherwise take any action in response to any of the complaints currently on file in any of the HP ERISA Actions. The time for such Defendants' answers, motions, or other

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB, C-12-06410 CRB & C-13-0301 CRB

- 6 -

responses shall be determined as specified in Paragraph 20 below, following the filing of a consolidated complaint or designation of an operative complaint, or as the Court hereafter may order.  In the event additional actions are subsequently consolidated into *In re HP ERISA Litigation*, the parties named as defendants in the complaints in such additional actions shall not be required to answer, file motions, or otherwise take any action in response to such complaints until the time specified in Paragraph 20 or as otherwise specified by the Court.  No Defendant shall be deemed to have submitted to the jurisdiction of this Court or to have waived or otherwise relinquished any rights, arguments, or defenses of any kind by not filing an answer, motion or other response to any complaint in the consolidated action prior to the date specified in Paragraph 20 below or other order of the Court.  Pursuant to Local Rule 6-1(a), this paragraph of this Stipulation shall be effective upon its filing with the Court.

19. Plaintiffs shall have until 75 (seventy-five) days from the date lead plaintiff and lead counsel are appointed in the *Nicolow* and *Pokoik* cases to file a consolidated complaint.

20. Defendants shall have 45 (forty-five) days from the date plaintiffs file their consolidated complaint to answer, move or otherwise respond to the complaint governing as of that date.

21. If defendants move to dismiss the consolidated complaint, plaintiffs shall have 45 (forty-five) days from the date of defendants' motion to file a response to that motion, and defendants shall have 30 (thirty) days from the date of plaintiffs' response to file a reply.

**IT IS SO STIPULATED**.

DATED:        February 27, 2013            WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP
                                           FRANCIS M. GREGOREK
                                           BETSY C. MANIFOLD
                                           RACHELE R. RICKERT
                                           MARISA C. LIVESAY

                                                /s/ Betsy C. Manifold
                                           BETSY C. MANIFOLD

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

|     |                                  |                                                                                                                                                                                       |
| --- | -------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                  | 750 B Street, Suite 2770                                                                                                                                                              |
| 2   |                                  | San Diego, CA 92101<br>Telephone:  619/239-4599                                                                                                                                       |
| 3   |                                  | Facsimile:   619/234-4599<br>gregorek@whafh.com                                                                                                                                       |
| 4   |                                  | manifold@whafh.com<br>rickert@whafh.com                                                                                                                                               |
| 5   |                                  | livesay@whafh.com                                                                                                                                                                     |
| 6   |                                  |                                                                                                                                                                                       |
| 7   |                                  | WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP                                                                                                                                        |
| 8   |                                  | FRED T. ISQUITH (*pro hac vice*)<br>270 Madison Avenue                                                                                                                                |
| 9   |                                  | New York, NY 10016<br>Telephone:  212/545-4600                                                                                                                                        |
| 10  |                                  | Facsimile:   212/545-4653<br>isquith@whafh.com                                                                                                                                        |
| 11  | DATED:       February 27, 2013   | ZAMANSKY & ASSOCIATES LLC                                                                                                                                                             |
| 12  |                                  | JACOB H. ZAMANSKY  (*pro hac vice*)<br>EDWARD H. GLENN, JR.  (*pro hac vice*)                                                                                                         |
| 13  |                                  | KEVIN D. GALBRAITH  (*pro hac vice*)                                                                                                                                                  |

        /s/ Jacob H. Zamansky        
JACOB H. ZAMANSKY
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile:  212/742-1177
jake@zamansky.com
eglenn@zamansky.com
kevin@zamansky.com

Attorneys for Plaintiff Mike Laffen

DATED:       February 27, 2013          GAINEY McKENNA & EGLESTON
                                        THOMAS J. MCKENNA
                                        GREGORY M. EGLESTON (of Counsel)

                                                /s/ Gregory M. Egleston        
                                        GREGORY M. EGLESTON
                                        440 Park Avenue South, 5th Floor
                                        New York, NY 10016
                                        Telephone: 212/983-1300
                                        Facsimile:  212/983-0383

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND
HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

- 8 -

| | | |
|---|---|---|
| 1 | | tjmckenna@gme-law.com |
| | | gegleston@gme-law.com |
| 2 | | |
| | | Attorneys for Plaintiff Karyn Lustig |
| 3 | | and the Proposed Class in *Lustig v. Whitman et al.*, |
| | | Case No. C 12-6410 CRB |
| 4 | | |
| 5 | DATED: February 27, 2013 | HARWOOD FEFFER LLP |
| | | ROBERT I. HARWOOD |
| 6 | | PETER W. OVERS, JR. |
| 7 | | |
| | | _____/s/ Robert I. Harwood_____ |
| 8 | | ROBERT I. HARWOOD |
| | | 488 Madison Avenue, 8th Floor |
| 9 | | New York, NY 10022 |
| | | Telephone:  212/935-7400 |
| 10 | | Facsimile:  212/753-3630 |
| | | rharwood@hfesq.com |
| 11 | | povers@hfesq.com |
| 12 | | |
| | | BRAMSON, PLUTZIK, MAHLER & |
| 13 | | BIRKHAEUSER, LLP |
| | | ALAN R. PLUTZIK |
| 14 | | MICHAEL S. STRIMLING |
| | | 2125 Oak Grove Road, Suite 120 |
| 15 | | Walnut Creek, CA 94598 |
| | | Telephone: 925/945-0200 |
| 16 | | aplutzik@bramsonplutzik.com |
| 17 | | |
| | | Attorneys for Plaintiff Kenneth A. Kotyuk |
| 18 | DATED: February 27, 2013 | SKADDEN, ARPS, SLATE, MEAGHER & |
| 19 | | FLOM LLP AND AFFILIATES |
| 20 | | |
| | | _____/s/ Richard S. Horvath, Jr._____ |
| 21 | | RICHARD S. HORVATH, JR. |
| | | Four Embarcadero Center, Suite 3800 |
| 22 | | San Francisco, CA 94111 |
| | | Telephone: 415/984-6400 |
| 23 | | tmiller@skadden.com |
| 24 | | |
| | | Attorneys for Outside Directors Marc L. |
| 25 | | Andreessen, Shumeet Banerji, Rajiv L. Gupta, |
| | | John H. Hammergren, Raymond Lane, |
| 26 | | Ann Livermore, Gary Reiner, Patricia Russo, |
| | | G. Kennedy Thompson, Ralph Whitworth |
| 27 | | |
| 28 | | |

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND
HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

- 9 -

| | | |
|---|---|---|
| DATED: | February 27, 2013 | COOLEY LLP<br>STEPHEN C. NEAL<br>JOHN C. DWYER<br>JEFFREY M. KABAN<br>JEFFREY M. WALKER |

                                                                                     /S/ Jeffrey M. Kaban
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650/843-5000
nealsc@cooley.com
dwyerjc@cooley.com
jkaban@cooley.com
jwalker@cooley.com

Attorneys for Defendant Margret Whitman

| | | |
|---|---|---|
| DATED: | February 27, 2013 | MORGAN, LEWIS & BOCKIUS LLP<br>NICOLE A. DILLER<br>ROBERTA H. VESPREMI<br>SACHA M. STEENHOEK |

                                   /s/ Nicole A. Diller
NICOLE A. DILLER
One Market Street, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  415/442-1312
Facsimile:  415/442-1001
ndiller@morganlewis.com
rvespremi@morganlewis.com
ssteenhoek@morganlewis.com

Attorneys for Defendants
Hewlett-Packard Company and Hewlett-Packard Company 401(K) Plan

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB

**DECLARATION REGARDING CONCURRENCE**

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND FOR HEARING ON UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM EXECUTIVE COMMITTEE AND CO-LEAD AND INTERIM CLASS COUNSEL.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Jacob Zamansky, Gregory M. Egleston, Robert I. Harwood, Richard S. Horvath, Jr., Jeffrey M. Kaban, and Nicole A. Diller have concurred in this filing.

DATED:  February 27, 2013                         WOLF HALDENSTEIN ADLER FREEMAN
                                                                         & HERZ LLP

                                             By:  ___/s/ Betsy C. Manifold_____
                                                                    BETSY C. MANIFOLD

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February ___, 2013

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

HP:19612.stip

JOINT STIP AND [PROPOSED] ORDER CONSOLIDATING RELATED ERISA ACTIONS AND HRG APPOINTING AN INTERIM EXEC COMMITTEE AND INTERIM CO-LEAD COUNSEL
C-12-06199 CRB,  C-12-06410 CRB  & C-13-0301 CRB