IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP ERISA LITIGATION,<br>_____/<br>This Document Relates To: All Actions<br>_____/ | Master File No. C-12-6199 CRB<br>**ORDER RE LEAD COUNSEL** |

    Having reviewed plaintiffs' response to this Court's Order appointing Zamansky & Associates ("Zamansky") as sole lead interim class counsel, see Order Consolidating Cases (dkt. 40), the Court accepts their representation that they are "not objectionable" to the appointment of Zamansky as sole lead interim class counsel. See Response (dkt. 42) at 1. For the reasons stated in open court on the hearing on the motions and in the Court's previous order appointing Zamansky, the Court DENIES plaintiffs' request that Zamansky be additionally "authorized to access the . . . resources, as needed, of Other ERISA Counsel." Id. at 1-2.

    **IT IS SO ORDERED.**

Dated: March 13, 2013

                                                   CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE