JACOB H. ZAMANSKY (admitted *pro hac vice*)
jake@zamansky.com
EDWARD H. GLENN JR. (admitted *pro hac vice*)
eglenn@zamansky.com
KEVIN D. GALBRAITH (admitted *pro hac vice*)
kevin@zamansky.com
ZAMANSKY & ASSOCIATES LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile: 212/545-1177

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE HP ERISA LITIGATION | ) Master File No. C-12-06199 CRB<br>)<br>) **JOINT STIPULATION AND ORDER**<br>) **REVISING BRIEFING SCHEDULE**<br>)<br>) <u>CLASS ACTION</u><br>)<br>) [Civil L.R. 6-2] |

JOINT STIP AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG COUNSEL FOR ALL PARTIES as follows:

WHEREAS, plaintiff has requested and defendants have consented to an enlargement of time for plaintiffs to file an amended complaint in the above-captioned action;

WHEREAS, plaintiffs are currently due to file their amended complaint by May 20, 2013;

WHEREAS, defendants are currently due to file responsive pleadings by July 5, 2013;

WHEREAS, plaintiffs are currently due to file their opposition to defendants' motions to dismiss, assuming such motions are filed, by September 3, 2013;

WHEREAS, defendants are currently due to file their reply briefs in support of any motions to dismiss by October 3, 2013

WHEREAS, the parties prefer to keep the briefing schedule roughly aligned with that of the shareholder derivative action and putative securities class action before this Court; and

WHEREAS, there are no other pending dates set by the Court that would be affected by entry of this Order.

THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested that the Court order as follows:

1. Plaintiffs shall have until June 3, 2013 to file their amended complaint;
2. Defendants shall have until July 18, 2013 to file their responsive pleadings;
3. Plaintiffs shall have until September 3, 2013 to file their opposition to defendants' motions to dismiss, assuming such motions are filed; and
4. Defendants shall have until October 3, 2013 to file their reply briefs in support of any motions to dismiss.

JOINT STIP AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

1  **IT IS SO STIPULATED**.

2

3  DATED:       May 2, 2013            ZAMANSKY & ASSOCIATES LLC
                                       JACOB H. ZAMANSKY (admitted *pro hac vice*)
4                                      EDWARD H. GLENN, JR. (admitted *pro hac vice*)
                                       KEVIN D. GALBRAITH (admitted *pro hac vice*)
5

6
                                       /s/ Jacob H. Zamansky
7                                      JACOB H. ZAMANSKY
                                       50 Broadway, 32nd Floor
8                                      New York, NY 10004
                                       Telephone: 212/742-1414
9                                      Facsimile:  212/742-1177
                                       jake@zamansky.com
10                                     eglenn@zamansky.com
                                       kevin@zamansky.com
11

12                                     *Attorneys for Plaintiffs
                                       and the Proposed Class*
13

14
                                       MORGAN, LEWIS & BOCKIUS LLP
15                                     NICOLE A. DILLER
                                       ROBERTA H. VESPREMI
16                                     SACHA M. STEENHOEK

17

18                                     /s/ Nicole A. Diller
                                       NICOLE A. DILLER
19                                     One Market Street, Spear Street Tower
                                       San Francisco, CA 94105-1596
20                                     Telephone: (415) 442-1312
                                       Facsimile: (415) 442-1001
21                                     ndiller@morganlewis.com
                                       rvespremi@morganlewis.com
22                                     ssteenhoek@morganlewis.com

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | CHARLES C. JACKSON (*admitted pro hac vice*) |
|   | ANDREW SCROGGINS (*admitted pro hac vice*) |
| 3 | 77 West Wacker Drive |
| 4 | Chicago, IL 60601-5094 |
|   | charles.jackson@morganlewis.com |
| 5 | ascroggins@morganlewis.com |
|   | Telephone: (312) 324-1156 |
| 6 | Facsimile: (312) 324-1001 |

Attorneys for Defendants Hewlett-Packard Company, the Plan Committee, and the Investment Review Committee

COOLEY LLP


/s/ John C. Dwyer
JOHN C. DWYER
STEPHEN C. NEAL
JEFFREY M. KABAN
JEFFREY M. WALKER
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000
(650) 849-7400 (fax)

Attorneys for Defendant Margaret C. Whitman

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ALLEN J. RUBY
TIMOTHY A. MILLER
RICHARD S. HORVATH, JR.


/s/ Timothy A. Miller
TIMOTHY A. MILLER
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
(650) 470-4570 (fax)
Allen.Ruby@skadden.com
Timothy.Miller@skadden.com
Richard.Horvath@skadden.com

JOINT STIP AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ERIC S. WAXMAN
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
(213) 687-5000
(213) 687-5600 (fax)
Eric.Waxman@skadden.com

Attorneys for Defendants Rajiv L. Gupta, Shumeet Banerji, John H. Hammergren, Marc L. Andreessen, Raymond J. Lane, Gary Reiner, G. Kennedy Thompson, Patricia F. Russo, Ralph Whitworth, and Ann M. Livermore

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated May 8, 2013

_____
THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

JOINT STIP AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE