STEVEN M. SCHATZ, State Bar No. 118356
sschatz@wsgr.com
CYNTHIA A. DY, State Bar No. 172761
cdy@wsgr.com
KATHERINE L. HENDERSON, State Bar No. 247676
khenderson@wsgr.com
BRYAN J. KETROSER, State Bar No. 239105
bketroser@wsgr.com
BRIAN DANITZ, State Bar No. 247403
bdanitz@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Catherine A. Lesjak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE HP ERISA LITIGATION, | ) | MASTER FILE NO.: C-12-6199 CRB |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | ) | **STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |
| | ) | Before: Hon. Charles R. Breyer |

WHEREAS, on May, 9, 2013, the Court entered the Order Revising Briefing Schedule (the "Order") (Docket 49);

WHEREAS, the Order provided that any amended complaint shall be filed no later than June 3, 2013 and set a briefing schedule whereby:

1. defendants' responsive pleadings are due by July 18, 2013;

2. plaintiffs' opposition to defendants' motions to dismiss, assuming such motions are filed, are due to be filed by September 3, 2013; and

3. defendants' reply briefs in support of any motions to dismiss are due to be filed by October 3, 2013;

Stipulation and [Proposed] Order
Re: Briefing Schedule
Master File No.: C-12-6199 CRB

1    WHEREAS, on June 3, 2013, plaintiffs filed their Consolidated Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act, 29 U.S.C. § 1132 (the "Amended Complaint") (Docket 50);

WHEREAS, the Amended Complaint added eight new defendants: David W. Healy, Michael J. Holston, Catherine A. Lesjak, Mark A. Levine, John N. McMullen, James T. Murrin, John F. Schultz and Shoreline Investment Management Company;

WHEREAS, the undersigned parties wish to revise the briefing schedule for the anticipated motions to dismiss the Amended Complaint;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested that the Court order as follows:

1. Defendants shall have until August 16, 2013 to file their responsive pleadings.
2. Plaintiffs shall have until October 15, 2013 to file their opposition to defendants' motions to dismiss, assuming such motions are filed; and
3. Defendants shall file and serve their replies in support of the motions to dismiss on or before November 15, 2013.
4. This stipulation is without prejudice to any party seeking additional relief via stipulation or court order.

Dated:  June 19, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
STEVEN M. SCHATZ
CYNTHIA A. DY
KATHERINE L. HENDERSON
BRYAN KETROSER
BRIAN DANITZ

By:      s/Steven M. Schatz
              Steven M. Schatz

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

*Attorneys for Defendant*
*Catherine A. Lesjak*

Stipulation and [Proposed] Order            1
Re: Briefing Schedule
Master File No.: C-12-6199 CRB

| | | |
|---|---|---|
| 1 | Dated:  June 19, 2013 | ZAMANSKY & ASSOCIATES LLC |
| 2 | | JACOB H. ZAMANSKY (admitted *pro hac vice*)<br>EDWARD H. GLENN, JR. (admitted *pro hac vice*)<br>KEVIN D. GALBRAITH (admitted *pro hac vice*) |

By: ___s/ Jacob H. Zamansky___
       JACOB H. ZAMANSKY

(Admitted *pro hac vice*)

50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile: 212/742-1177
jake@zamansky.com
eglenn@zamansky.com
kevin@zamansky.com

*Attorneys for Plaintiffs
and the Proposed Class*

Dated:  June 19, 2013       MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER
ROBERTA H. VESPREMI
SACHA M. STEENHOEK

By: ___s/ Nicole A. Diller___
       NICOLE A. DILLER

One Market Street, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1312
Facsimile: (415) 442-1001
ndiller@morganlewis.com
rvespremi@morganlewis.com
ssteenhoek@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
CHARLES C. JACKSON (*admitted pro hac vice*)
ANDREW SCROGGINS (*admitted pro hac vice*)
77 West Wacker Drive
Chicago, IL 60601-5094
charles.jackson@morganlewis.com
ascroggins@morganlewis.com
Telephone: (312) 324-1156
Facsimile: (312) 324-1001

*Attorneys for Defendants
Hewlett-Packard Company, the Plan Committee,
and the Investment Review Committee*

Stipulation and [Proposed] Order       2
Re: Briefing Schedule
Master File No.:  C-12-6199 CRB

| | | |
|---|---|---|
| 1 | Dated: June 19, 2013 | FENWICK & WEST LLP |
| 2 | | KEVIN P. MUCK |
| | | MARIE BAFUS |

By: ___s/Kevin P. Muck_____
      KEVIN P. MUCK

555 California Street. 12th Floor
San Francisco, CA 94104
(415) 875-2387
(415) 281-1350 (fax)
kmuck@fenwick.com
mbafus@fenwick.com

*Attorneys for Defendant*
*James T. Murrin*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 24, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brian Danitz, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**.  In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred in this filing.

Dated:  June 19, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  s/Brian Danitz
        Brian Danitz

*Counsel for Defendant*
*Catherine A. Lesjak*