MARC WOLINSKY (*pro hac vice to be filed*)
 MWolinsky@wlrk.com
GEORGE T. CONWAY III (*pro hac vice to be filed*)
 GTConway@wlrk.com
RACHELLE SILVERBERG (*pro hac vice to be filed*)
 RSilverberg@wlrk.com
VINCENT G. LEVY (*pro hac vice pending*)
 VGLevy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: 212.403.1000
Facsimile: 212.403.2000


NEIL A. GOTEINER (State Bar No. 83524)
 NGoteiner@fbm.com
THOMAS B. MAYHEW (State Bar No. 183539)
 TMayhew@fbm.com
CHRISTOPHER C. WHEELER (State Bar No. 224872)
 CWheeler@fbm.com
FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: 415.954.4400
Facsimile:  415.954.4480


Attorneys for Defendants
HEWLETT-PACKARD COMPANY AND
HEWLETT-PACKARD COMPANY 401(K) PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP ERISA LITIGATION, | Master File No. C-12-6199-CRB |
| This Document Relates To:  All Actions | Class Action |
| | **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |
| | [Local Rule 11-5] |
| | Judge:  Hon. Charles R. Breyer |

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that defendant Hewlett-Packard Company and nominal non-party

3   defendant Hewlett-Packard Company 401(k) Plan hereby substitute their counsel and attorneys of

4   record in the above-captioned matter.

5   <u>Former Counsel</u>

6   MORGAN, LEWIS & BOCKIUS LLP
    Nicole A. Diller (CA SBN 154842)
7   ndiller@morganlewis.com
    Roberta H. Vespremi (CA SBN 225067)
8   rvespremi@morganlewis.com
    Sacha M. Steenhoek (CA SBN 253743)
9   ssteenhoek@morganlewis.com
    One Market Street, Speak Street Tower
10  San Francisco, California  94105-1596
    Telephone: 415.442.1312
11  Facsimile: 415.442-1001

12  MORGAN, LEWIS & BOCKIUS LLP
    Charles C. Jackson (*admitted pro hac vice*)
13  charles.jackson@morganlewis.com
    Andrew Scroggins (*admitted pro hac vice*)
14  ascroggins@morganlewis.com
    77 West Wacker Drive
15  Chicago, IL  60601-5094
    Telephone: 312.324.1156
16  Facsimile: 312.324.1000

17  <u>New Counsel</u>

18  WACHTELL, LIPTON, ROSEN & KATZ
    Marc Wolinsky (*pro hac vice to be filed*)
19  MWolinsky@wlrk.com
    George T. Conway III (*pro hac vice to be filed*)
20  GTConway@wlrk.com
    Rachelle Silverberg (*pro hac vice to be filed*)
21  RSilverberg@wlrk.com
    Vincent G. Levy (*pro hac vice to be filed*)
22  VGLevy@wlrk.com
    51 West 52nd Street
23  New York, NY  10019
    Telephone: 212.403.1000
24  Facsimile: 212.403.2000

25  FARELLA, BRAUN & MARTEL LLP
    Neil A. Goteiner (CA SBN 83524)
26  Thomas B. Mayhew (CA SBN 183539)
    Christopher C. Wheeler (CA SBN 224872)
27  235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
28  Telephone: 415.954.4400

Facsimile: 415.954.4480
ngoteiner@fbm.com; tmayhew@fbm.com; cwheeler@fbm.com

<u>Substitution Based on Consent</u>

Defendant Hewlett-Packard Company and nominal non-party defendant Hewlett-Packard Company 401(k) Plan respectfully submit that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: July 30, 2013         HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD COMPANY 401(K) PLAN


By:     /s/
        Robert Particelli

        Vice-President, Associate General Counsel,
        Hewlett-Packard Company

Dated: July 30, 2013         MORGAN, LEWIS & BOCKIUS LLP
                             NICOLE A. DILLER
                             ROBERTA H. VESPREMI
                             SACHA M. STEENHOEK
                             CHARLES C. JACKSON
                             ANDREW SCROGGINS


By:     /s/
        Charles C. Jackson

        Former Attorneys for Defendant
        Hewlett-Packard Company and Nominal Non-party
        Defendant Hewlett-Packard Company 401(k) Plan

\\\

\\\

| | |
|---|---|
| Dated: July 30, 2013 | WACHTELL, LIPTON, ROSEN & KATZ<br>MARC WOLINSKY<br>GEORGE T. CONWAY III<br>RACHELLE SILVERBERG |
| | By:    /s/<br>        Marc Wolinsky |
| | Attorneys for Defendant Hewlett-Packard Company and Nominal Non-party Defendant Hewlett-Packard Company 401(k) Plan |
| Dated: July 30, 2013 | FARELLA, BRAUN & MARTEL, LLP<br>NEIL A. GOTEINER |
| | By:    /s/<br>        Neil A. Goteiner |
| | Attorneys for Defendant Hewlett-Packard Company and Nominal Non-party Defendant Hewlett-Packard Company 401(k) Plan |

IT IS SO ORDERED.

Dated: August 1, 2013

IT IS SO ORDERED
Judge Charles R. Breyer
District Judge

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-6199-CRB
10615\3766790.1

4