MARC WOLINSKY (*pro hac vice to be filed*)
  MWolinsky@wlrk.com
GEORGE T. CONWAY III (*pro hac vice to be filed*)
  GTConway@wlrk.com
RACHELLE SILVERBERG (*pro hac vice to be filed*)
  RSilverberg@wlrk.com
VINCENT G. LEVY (*pro hac vice pending*)
  VGLevy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: 212.403.1000
Facsimile: 212.403.2000


NEIL A. GOTEINER (State Bar No. 83524)
  NGoteiner@fbm.com
THOMAS B. MAYHEW (State Bar No. 183539)
  TMayhew@fbm.com
CHRISTOPHER C. WHEELER (State Bar No. 224872)
  CWheeler@fbm.com
FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: 415.954.4400
Facsimile:  415.954.4480


Attorneys for Defendants
HEWLETT-PACKARD COMPANY AND
HEWLETT-PACKARD COMPANY 401(K) PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP ERISA LITIGATION,<br><br>This Document Relates To:  All Actions | Master File No. C-12-6199-CRB<br><br>Class Action<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**<br><br>[Local Rule 11-5]<br><br>Judge:  Hon. Charles R. Breyer |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-6199-CRB
10615\3766790.1

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that defendant Hewlett-Packard Company and nominal non-party

3  defendant Hewlett-Packard Company 401(k) Plan hereby substitute their counsel and attorneys of

4  record in the above-captioned matter.

5  Former Counsel

6  MORGAN, LEWIS & BOCKIUS LLP
   Nicole A. Diller (CA SBN 154842)
7  ndiller@morganlewis.com
   Roberta H. Vespremi (CA SBN 225067)
8  rvespremi@morganlewis.com
   Sacha M. Steenhoek (CA SBN 253743)
9  ssteenhoek@morganlewis.com
   One Market Street, Speak Street Tower
10 San Francisco, California  94105-1596
   Telephone: 415.442.1312
11 Facsimile: 415.442-1001

12 MORGAN, LEWIS & BOCKIUS LLP
   Charles C. Jackson (*admitted pro hac vice*)
13 charles.jackson@morganlewis.com
   Andrew Scroggins (*admitted pro hac vice*)
14 ascroggins@morganlewis.com
   77 West Wacker Drive
15 Chicago, IL  60601-5094
   Telephone: 312.324.1156
16 Facsimile: 312.324.1000

17 New Counsel

18 WACHTELL, LIPTON, ROSEN & KATZ
   Marc Wolinsky (*pro hac vice to be filed*)
19 MWolinsky@wlrk.com
   George T. Conway III (*pro hac vice to be filed*)
20 GTConway@wlrk.com
   Rachelle Silverberg (*pro hac vice to be filed*)
21 RSilverberg@wlrk.com
   Vincent G. Levy (*pro hac vice to be filed*)
22 VGLevy@wlrk.com
   51 West 52nd Street
23 New York, NY  10019
   Telephone: 212.403.1000
24 Facsimile: 212.403.2000

25 FARELLA, BRAUN & MARTEL LLP
   Neil A. Goteiner (CA SBN 83524)
26 Thomas B. Mayhew (CA SBN 183539)
   Christopher C. Wheeler (CA SBN 224872)
27 235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
28 Telephone: 415.954.4400

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER                                        2
Case No. C-12-6199-CRB
10615\3766790.1

Facsimile: 415.954.4480
ngoteiner@fbm.com; tmayhew@fbm.com; cwheeler@fbm.com

<u>Substitution Based on Consent</u>

Defendant Hewlett-Packard Company and nominal non-party defendant Hewlett-Packard Company 401(k) Plan respectfully submit that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated:  July 30, 2013         HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD COMPANY 401(K) PLAN

By:     /s/
           Robert Particelli

           Vice-President, Associate General Counsel,
           Hewlett-Packard Company

Dated:  July 30, 2013         MORGAN, LEWIS & BOCKIUS LLP
           NICOLE A. DILLER
           ROBERTA H. VESPREMI
           SACHA M. STEENHOEK
           CHARLES C. JACKSON
           ANDREW SCROGGINS

By:     /s/
           Charles C. Jackson

           Former Attorneys for Defendant
           Hewlett-Packard Company and Nominal Non-party
           Defendant Hewlett-Packard Company 401(k) Plan

\\\

\\\

1

2  Dated: July 30, 2013                           WACHTELL, LIPTON, ROSEN & KATZ
                                                  MARC WOLINSKY
3                                                 GEORGE T. CONWAY III
                                                  RACHELLE SILVERBERG
4

5
                                                  By:    /s/
6                                                        Marc Wolinsky

7                                                 Attorneys for Defendant Hewlett-Packard Company
                                                  and Nominal Non-party Defendant
8                                                 Hewlett-Packard Company 401(k) Plan

9

10 Dated: July 30, 2013                           FARELLA, BRAUN & MARTEL, LLP
                                                  NEIL A. GOTEINER
11

12
                                                  By:    /s/
13                                                       Neil A. Goteiner

14                                                Attorneys for Defendant Hewlett-Packard Company
                                                  and Nominal Non-party Defendant
15                                                Hewlett-Packard Company 401(k) Plan

16

17

18 IT IS SO ORDERED.

19

20

21 Dated: August 1, 2013
                                                  _____
22                                                Judge Charles R. Breyer
                                                  United States District Judge
23

24

25

26

27

28