**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE HP ERISA LITIGATION,

_____/

This Document Relates To: 12-6199
12-6410
12-0301

_____/

Master File No. C-12-6199 CRB

**SUPPLEMENTAL BRIEFING ORDER**

The parties are directed to file supplemental briefing of no more than five pages on the impact, if any, of this Court's ruling on the motions to dismiss in In re HP Securities Litigation, 12-5980 (dkt. 201) on the pending motions to dismiss here (dkts. 78, 81). The parties should file simultaneous briefs on or before Wednesday, December 18, 2013. The hearing currently set for December 20, 2013 is vacated. The Court will take the matter under submission upon filing of the supplemental briefs.

**IT IS SO ORDERED.**

Dated: December 10, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE