**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP ERISA LITIGATION, _____/ This Document Relates To: 12-6199 12-6410 13-0301 _____/ | Master File No. C-12-6199 CRB **ORDER** |

A hearing on the pending motions to dismiss (dkts. 78, 81) will be held on February 14, 2014 at 10:30 AM. The parties may, by stipulation, submit the motions on the papers.

**IT IS SO ORDERED.**

Dated: February 4, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE