WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*appearance pro hac vice*)
GEORGE T. CONWAY III (*appearance pro hac vice*)
VINCENT G. LEVY (*appearance pro hac vice*)
51 West 52nd Street
New York, NY  10019
Telephone:  212) 403-1000
Facsimile:  (212) 403-2000
mwolinsky@wlrk.com
gtconway@wlrk.com
vglevy@wlrk.com

FARELLA BRAUN + MARTEL, LLP
NEIL A. GOTEINER (State Bar No. 83524)
THOMAS B. MAYHEW (State Bar No. 183539)
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
ngoteiner@fbm.com
tmayhew@fb.com

*Attorneys for Defendants Hewlett-Packard Company,*
*Shoreline Investment Management Company, and*
*Hewlett-Packard Company 401(k) Plan*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.: C-12-06199 CRB<br><br>**STIPULATION AND ORDER REGARDING HEARING ON PENDING MOTIONS TO DISMISS**<br><br>Date:      February 14, 2014<br>Time:      10:30 a.m.<br>Judge:     Hon. Charles R. Breyer<br>Room:      6, 17th Floor<br><br>[Local Rule 7-12] |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO
DISMISS - Master File No.: C-12-06199 CRB

29309\4123346.1

Defendants Hewlett-Packard Company 401(K) Plan, Hewlett-Packard Company, David W. Healy, Michael J. Holston, Catherine A. Lesjak, Marc A. Levine, John N. McMullen, James T. Murrin, John F. Schultz, and Shoreline Investment Management Company (collectively, "Defendants") and Plaintiffs hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

## RECITALS

A.       On June 3, 2013, Plaintiffs filed their Consolidated Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act, 29 U.S.C. §1132 ("Amended Complaint") (Docket No. 50).

B.       On August 15, 2013, Defendants filed motions to dismiss the Amended Complaint (Docket Nos. 78 & 81) (together, "Defendants' Motions to Dismiss").

C.       By Order entered December 10, 2013, the Court directed supplemental briefing in connection with Defendants' Motions to Dismiss and vacated the December 20, 2013 hearing previously set for Defendants' Motions to Dismiss (Docket No. 104).

D.       By Order entered February 4, 2014, the Court set Defendants' Motions to Dismiss for hearing on February 14, 2014 and indicated that the parties may, by stipulation, submit on the papers (Docket No. 107).

E.       The undersigned parties respectfully request a hearing on Defendants' Motions to Dismiss.  However, because of a scheduling conflict, the undersigned parties request that the hearing on Defendants' Motions to Dismiss be moved to February 28, 2014 at 10:30 a.m.

## STIPULATION

**NOW, THEREFORE**, the undersigned parties, hereby stipulate and agree, subject to Court approval, to the following:

1.       The February 14, 2014 hearing on Defendants' Motions to Dismiss is vacated.

2.       The hearing on Defendants' Motions to Dismiss shall be set for February 28, 2014 at 10:30 a.m.

**IT IS SO STIPULATED.**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO
DISMISS - Master File No.: C-12-06199 CRB

29309\4123346.1

1    Dated:  February 7, 2014          ZAMANSKY & ASSOCIATES, LLC

2

3                                      By:_____/s/ Samuel Bonderoff_____
                                              Samuel Bonderoff
4
                                       *Interim Lead Class Counsel for Plaintiffs*
5
     Dated:  February 7, 2014          WACHTELL, LIPTON, ROSEN & KATZ
6

7
                                       By:_____/s/ George T. Conway III_____
8                                             George T. Conway III

9                                      *Attorneys for Defendants Hewlett-Packard Company,*
                                       *Shoreline Investment Management Company, and*
10                                     *Hewlett-Packard Company 401(k) Plan*

11   Dated:  February 7, 2014          WILSON SONSINI GOODRICH & ROSATI, PC

12

13                                     By:_____/s/ Steven M. Schatz_____
                                              Steven M. Schatz
14
                                       *Attorneys for Defendant Catherine A. Lesjak*
15
     Dated:  February 7, 2014          FENWICK & WEST LLP
16

17
                                       By:_____/s/ Kevin Muck_____
18                                            Kevin Muck

19                                     *Attorneys for Defendants David Healy, Marc Levine,*
                                       *John McMullen and James Murrin*
20
     Dated:  February 7, 2014          SIDLEY AUSTIN LLP
21

22

23                                     By:_____/s/ Mark B. Blocker_____
                                              Mark B. Blocker
24
                                       *Attorneys for Defendant Mike Holston*
25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO          - 2 -                          29309\4123346.1
DISMISS - Master File No.: C-12-06199 CRB

1    Dated:  February 7, 2014          BERGESON LLP

2

3                                       By:_____/s/ Daniel Bergeson_____
                                             Daniel Bergeson
4
                                        *Attorneys for Defendant John Schulz*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO          - 3 -
DISMISS - Master File No.: C-12-06199 CRB

29309\4123346.1

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated:  February 10, 2014

5

6



7  UNITE                                    YER   R JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO
DISMISS - Master File No.: C-12-06199 CRB

- 4 -

29309\4123346.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>DECLARATION OF CONCURRENCE / ECF ATTESTATION</u>**

I, Christopher C. Wheeler, am the ECF User whose ID and Password are being used to file this **STIPULATION AND ORDER REGARDING HEARING ON PENDING MOTIONS TO DISMISS.**

In compliance with Civil Local Rule 5-1(i)(3), 1 hereby attest that all signatories hereto have concurred in this filing.

I declare under penalty of perjury the foregoing is true and correct. Executed this 7th day of February 2014, in San Francisco, California.

By: _____/s/ Christopher C. Wheeler_____

Christopher C. Wheeler

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING ON PENDING MOTIONS TO
DISMISS - Master File No.: C-12-06199 CRB

- 5 -

29309\4123346.1