**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP ERISA LITIGATION, | Master File No. C-12-6199 CRB |
| _____/ | **ORDER** |
| This Document Relates To: 12-6199<br>12-6410<br>13-0301 | |
| _____/ | |

In lieu of a motion to reconsider the Court's Order on the motion to dismiss (dkt. 116), Plaintiffs are directed to file their amended complaint consistent with the Supreme Court's recent decision in <u>Fifth Third Bancorp et al. v. Dudenhoeffer</u>, No. 12-751, slip op. (June 25, 2014).

**IT IS SO ORDERED.**

Dated: June 30, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE