1  WACHTELL, LIPTON, ROSEN & KATZ
   MARC WOLINSKY (*pro hac vice*)
2  GEORGE T. CONWAY III (*pro hac vice*)
   VINCENT G. LEVY (*pro hac vice*)
3  51 West 52nd Street
   New York, NY  10019
4  Tel./Fax:  212.403.1000/2000
   MWolinsky@wlrk.com
5  GTConway@wlrk.com
   VGLevy@wlrk.com
6
   FARELLA, BRAUN & MARTEL, LLP
7  NEIL A. GOTEINER, State Bar No. 83524
   THOMAS B. MAYHEW, State Bar No. 183539
8  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
9  Tel./Fax:  415.954.4400/4480
   NGoteiner@fbm.com
10 TMayhew@fbm.com
   *Attorneys for Defendant Hewlett-Packard Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP ERISA LITIGATION | Master File No. 12-CV-06199 CRB |
| | **STIPULATION AND ORDER RE BRIEFING SCHEDULE** |
| This Document Relates to:  All Actions | Dept. Courtroom 6, 17th Floor<br>Judge: Honorable Charles R. Breyer |

STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
MASTER FILE NO. 12-CV-6199 CRB

WHEREAS, on June 3, 2013, plaintiffs filed their Consolidated Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act (the "Amended Complaint") (Docket 50);

WHEREAS, on April 2, 2014, the Court granted the following motions: defendants Hewlett-Packard Company 401(K) Plan, Hewlett-Packard Company, David W. Healy, Catherine A. Lesjak, Marc A. Levine, John N. McMullen, James T. Murrin, John F. Schultz and Shoreline Investment Management Company's joint motion to dismiss (Docket 81); and defendant Michael J. Holston's individual motion to dismiss (Docket 78) without prejudice and granted plaintiffs leave to amend (Docket 116);

WHEREAS, on July 16, 2014, plaintiffs filed their Second Consolidated Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act (the "Second Amended Complaint") (Docket 121);

WHEREAS, by stipulation and order dated April 16, 2014, the Court set a schedule for briefing defendants' anticipated motions to dismiss the Second Amended Complaint (Docket 118), according to which defendants' motion would be due on September 2, 2014; plaintiffs' brief in opposition would be due on October 17, 2014, and defendants' reply briefs would be due on November 17, 2014;

WHEREAS, counsel for the plaintiffs and for defendants desire to amend the briefing schedule on the anticipated motions to dismiss the Second Amended Complaint;

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, through their undersigned counsel of record, as follows:

1. Defendants shall move to dismiss or otherwise respond to the Second Amended Complaint on or before September 12, 2014.

2. Plaintiffs shall file their opposition to defendants' motion to dismiss, assuming such motions are filed, on or before November 6, 2014.

3. Defendants shall file their replies in support of any motions to dismiss on or before December 19, 2014.

**IT IS SO STIPULATED.**

DATED: July 31, 2014              WACHTELL, LIPTON, ROSEN & KATZ

By: _____
          Marc Wolinsky

*Attorneys for Defendants Hewlett-Packard Company, Shoreline Investment Management Company, and Hewlett-Packard Company 401(k) Plan*

DATED: July 31, 2014              WILSON SONSINI GOODRICH & ROSATI, PC

By:  /s/ Steven M. Schatz
          Steven M. Schatz

*Attorneys for Defendant Catherine A. Lesjak*

DATED: July 31, 2014              FENWICK & WEST LLP

By:  /s/ Kevin Muck
          Kevin Muck

*Attorneys for Defendants Marc Levine, John McMullen and James Murrin*

DATED: July 31, 2014              ZAMANSKY LLC

By:  /s/ Samuel Bonderoff
          Samuel Bonderoff

*Interim Lead Class Counsel for Plaintiffs*

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Date:  August 1, 2014



Hon.
UNITED STATES DISTRICT JUDGE