SAMUEL E. BONDEROFF (*pro hac vice*)
samuel@zamansky.com
JACOB H. ZAMANSKY (*pro hac vice*)
EDWARD H. GLENN JR. (*pro hac vice*)
ZAMANSKY LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile: 212/742-1177

*Interim Lead Counsel for Plaintiffs*

BETSY C. MANIFOLD (182450)
manifold@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Local Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP ERISA LITIGATION, | Master File No.: C-12-06199 CRB |
| | CLASS ACTION |
| This Document Relates To: | **STIPULATION AND ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| ALL ACTIONS. | |
| | Current Date:        January 9, 2015 |
| | Proposed New Date:   January 23, 2015 |
| | Time:                10:00 a.m. |
| | Courtroom:           Courtroom 6, 17th Floor |
| | Judge:               Hon. Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS – MASTER FILE NO.:C-12-06199 CRB

1  WHEREAS, on September 12, 2014, defendants Hewlett-Packard Company, Hewlett-Packard Company 401(K) Plan, Catherine A. Lesjak, Mark A. Levine, John N. McMullen, and James T. Murrin, filed a Motion to Dismiss (Dkt. No. 125) and noticed the hearing for January 9, 2015 at 10:00 a.m. (*See* Decl. of Betsy C. Manifold in Supp. of Stip. & [Prop.] Order Continuing Hear'g Date on Defs.' Mot. to Dismiss at 1, ¶ 3, filed concurrently herewith);

WHEREAS, counsel for Plaintiffs has an unavoidable scheduling conflict on January 9, 2014, and therefore seeks to continue the hearing date by two weeks (*id.*);

THEREFORE, the parties hereby stipulate to continue the hearing date on Defendant's Motion to Dismiss by two weeks, subject to the Court's availability, to January 23, 2015 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: November 14, 2014        ZAMANSKY LLC

By: */s/ Samuel Bonderoff*
    SAMUEL BONDEROFF

*Interim Lead Class Counsel for Plaintiffs*

DATED: November 14, 2014        WOLF HALDENSTEIN ADLER
                                 FREEMAN & HERZ LLP

By: */s/ Betsy C. Manifold*
    BETSY C. MANIFOLD

*Interim Local Counsel for Plaintiffs*

DATED: November 14, 2014        WACHTELL, LIPTON, ROSEN & KATZ

By: */s/ Marc Wolinsky*
    MARC WOLINSKY

*Attorneys for Defendants Hewlett-Packard Company, Shoreline Investment Management Company, and Hewlett-Packard Company 401(k) Plan*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS – MASTER FILE NO.:C-12-06199 CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 14, 2014 | WILSON SONSINI GOODRICH & ROSATI, PC |

By: _/s/ Steven M. Schatz_
STEVEN M. SCHATZ

*Attorneys for Defendant Catherine A. Lesjak*

DATED: November 14, 2014    FENWICK & WEST LLP

By: _/s/ Kevin Muck_
KEVIN MUCK

*Attorneys for Defendants Marc Levine, John McMullen and James Murrin*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULES

I, Betsy C. Manifold, am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto have concurred in this filing.

Dated: November 14, 2014    By: _/s/Betsy C. Manifold_
BETSY C. MANIFOLD

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: November 17, 2014

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, United States District Court, Northern District of California)*

HP: 21305.stip.