1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  CYNTHIA A. DY, State Bar No. 172761
   cdy@wsgr.com
3  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
4  BRIAN DANITZ, State Bar No. 247403
   bdanitz@wsgr.com
5  NESSIA S. KUSHNER, State Bar No. 287837
   nkushner@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone:   (650) 493-9300
   Facsimile:    (650) 565-5100
9
   Attorneys for Individual Defendant
10 CATHERINE A. LESJAK

11                  IN THE UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

| 15 | IN RE HP ERISA LITIGATION, | Master File No.: C-12-06199 CRB |
|---|---|---|
| 16 | | CLASS ACTION |
| 17 | This Document Relates to: | **STIPULATION AND ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| 18 | ALL ACTIONS | |
| 19 | | Current Date:   January 23, 2015 |
| 20 | | New Date:       **February 13, 2015** |
|    | | Time:           10:00 a.m. |
| 21 | | Courtroom:      Courtroom 6, 17th Floor |
|    | | Judge:          Hon. Charles R. Breyer |

1   WHEREAS, on September 12, 2014, defendants Hewlett-Packard Company, Hewlett-Packard Company 401(K) Plan, Catherine A. Lesjak, Mark A. Levine, John N. McMullen, and James T. Murrin, filed a Motion to Dismiss (ECF No. 125) and noticed the hearing for January 9, 2015 at 10:00 a.m.;

WHEREAS, this Court entered an order on November 17, 2014 (ECF No. 133), continuing the hearing date on Defendants' Motion to Dismiss to January 23, 2015 at 10:00 a.m.;

WHEREAS counsel for Defendant Catherine A. Lesjak has an unavoidable scheduling conflict, and therefore seeks to continue the hearing date by two weeks (*see* Decl. of Steven M. Schatz in Supp. of Stipulation and [Proposed] Order Continuing Hr'g Date on Defs.' Mot. to Dismiss at ¶ 5, filed concurrently herewith);

THEREFORE, the parties hereby stipulate to continue the hearing date on Defendants' Motion to Dismiss by two weeks, subject to the Court's availability, to February 6, 2015 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  November 20, 2014                                    WILSON SONSINI GOODRICH & ROSATI, PC

By:  /s/ Steven M. Schatz
       STEVEN M. SCHATZ

*Attorneys for Defendant Catherine A. Lesjak*

Dated:  November 20, 2014                                    WACHTELL, LIPTON, ROSEN & KATZ

By:  /s/ Marc Wolinsky
       MARC WOLINSKY

*Attorneys for Defendants Hewlett-Packard Company, Shoreline Investment Management Company, and Hewlett-Packard Company 401(k) Plan*

| | | |
|---|---|---|
| 1 | Dated: November 20, 2014 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Kevin Muck<br>KEVIN MUCK |
| 4 | | *Attorneys for Defendants Marc Levine, John McMullen and James Murrin* |
| 5 | | |
| 6 | Dated: November 20, 2014 | ZAMANSKY LLC |
| 7 | | |
| 8 | | By: /s/ Samuel Bonderoff<br>SAMUEL BONDEROFF |
| 9 | | *Interim Lead Class Counsel for Plaintiffs* |
| 10 | | |
| 11 | Dated: November 20, 2014 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 12 | | |
| 13 | | By: /s/ Betsy C. Manifold<br>BETSY C. MANIFOLD |
| 14 | | *Interim Local Counsel for Plaintiffs* |

### ATTESTATION PURSUANT TO CIVIL LOCAL RULES

I, Steven M. Schatz, am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto have concurred in this filing.

Dated: November 20, 2014            By: /s/ Steven M. Schatz
                                                            STEVEN M. SCHATZ

### ORDER

**Defendants' Motion to Dismiss is continued to February 13, 2015 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: November 26, 2014

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE