IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE HP ERISA LITIGATION

No. 3:12- cv-06199-CRB

**JUDGMENT**

_____/

Having dismissed this case with prejudice, the Court enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: June 16, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE