Name: Betsy C. Manifold, Wolf Haldenstein Alder Freeman & Herz LLP
Address: 750 B Street, Suite 2770
City, State, Zip: San Diego, CA 92101
Phone: 619/239-4599
Fax: 619/234-4599
E-Mail: manifold@whafh.com

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re HP Erisa Litigation

PLAINTIFF(S),

v.

DEFENDANT(S).

CASE NUMBER: 3:12-cv-06199-CRB

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Mike Laffen, Karyn Lustig Keelan and Paul Higgins (*Name of Appellant*) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

### Civil Matter

☒ Order (specify):
Granting Motion to Dismiss Second Amended Complaint [ECF No. 143]

☒ Judgment (specify):
Dismissing the action with prejudice and entering judgment for Defendants and against Plaintiffs [ECF No. 144]

☐ Other (specify):

Imposed or Filed on 6/15/2015 and 6/16/2015. Entered on the docket in this action on 6/15/2015 and 6/16/2015.

A copy of said judgment or order is attached hereto.

7/2/2015
Date

/s/ Betsy C. Manifold
Signature

☐ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                                NOTICE OF APPEAL

1  SAMUEL E. BONDEROFF (*pro hac vice*)
   samuel@zamansky.com
2  JACOB H. ZAMANSKY (*pro hac vice*)
   EDWARD H. GLENN JR. (*pro hac vice*)
3  ZAMANSKY LLC
   50 Broadway, 32nd Floor
4  New York, NY 10004
5  Telephone: 212/742-1414
   Facsimile:  212/742-1177
6
7  *Interim Lead Counsel for Plaintiffs*

8  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
9  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
10 750 B Street, Suite 2770
11 San Diego, CA 92101
   Telephone: 619/239-4599
12 Facsimile:  619/234-4599
13
   *Interim Local Counsel for Plaintiffs*
14

15                    IN THE UNITED STATES DISTRICT COURT
16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                            SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP ERISA LITIGATION, | ) Master File No.: C-12-06199 CRB |
| | ) |
| _____ | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) **NOTICE OF APPEAL OF PLAINTIFFS** |
| ALL ACTIONS. | ) **MIKE LAFFEN, KARYN LUSTIG KEELAN** |
| | ) **AND PAUL HIGGINS** |
| | ) |
| | ) |
| | ) Courtroom: Courtroom 6, 17th Floor |
| | ) Judge:       Hon. Charles R. Breyer |
| | ) |
| _____ | ) |

NOTICE OF APPEAL OF PLAINTIFFS MIKE LAFFEN, KARYN LUSTIG KEELAN, AND PAUL HIGGINS – MASTER FILE NO.:C-12-06199 CRB

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs Mike Laffen, Karyn Lustig Keelan, and Paul Higgins hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following:  Order Granting Motion to Dismiss Second Amended Complaint [ECF No. 143] entered in this proceeding on June 15, 2015; and Judgment Dismissing the Action with Prejudice and entering judgment for Defendants and Against Plaintiffs [ECF No. 144] entered in this proceeding on June 16, 2015 (the "Orders").   True and correct copies of the Orders are attached hereto as Exhibits A and B.  A true and correct copy of the Representation Statement is attached hereto as Exhibit C.

DATED:  July 2, 2015

ZAMANSKY LLC,
*Interim Lead Counsel for Plaintiffs*
Samuel E. Bonderoff
samuel@zamansky.com
Jacob H. Zamansky
Edward H. Glenn, Jr.
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: 212/742-1414
Facsimile: 212/742-1177

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
*Interim Local Counsel for Plaintiffs*

   */s/ Betsy C. Manifold*
Betsy C. Manifold
manifold@whafh.com

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

HP: 21905

NOTICE OF APPEAL OF PLAINTIFFS MIKE LAFFEN, KARYN LUSTIG KEELAN, AND PAUL HIGGINS – MASTER FILE NO.:C-12-06199 CRB

- 1 -