UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MIKE LAFFEN; et al.,

        Plaintiffs - Appellants,

 v.

HEWLETT-PACKARD COMPANY; et al.,

        Defendants - Appellees.

No. 15-16360

D.C. No. 3:12-cv-06199-CRB
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered January 09, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7